

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00393-CV

———————————————

IN RE ALLEN "F" CALTON, Relator

Original Proceeding
213th District Court of Tarrant County, Texas
Trial Court No. 0843168D

Before Birdwell, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: August 11, 2025